FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2026 NOV 13 PM 4:52

MARGARET BOTKINS, CLERK
CHEYENNE

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **WADE W. LEBEAU, individually and on behalf of all similarly situated enrolled members and descendants of the Eastern Shoshone Tribe, and on behalf of all individuals unlawfully detained by the Wind River Tribal Court,** *Petitioner(s),* | ) | **CASE NO.** 26-CV-350 |
| **v.** | ) | |
| **THE WIND RIVER TRIBAL COURT; JUDGE KENDRA HURTADO; CHIEF JUDGE BRUCE GRIBENS; TONY PINGREE (BIA Superintendent); and the BIA CHIEF OF POLICE/BAILIFFS, in their official and individual capacities,** *Respondents.* | ) | |

**PETITION FOR WRIT OF HABEAS CORPUS**
**(Pursuant to 28 U.S.C. § 2241)**

**EMERGENCY RELIEF REQUESTED**

---

## I. INTRODUCTION

1. This is an emergency Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2241.
2. Petitioner seeks the immediate release of enrolled members of the Eastern Shoshone Tribe who are currently being held in custody, or who may be taken into custody, by the Wind River Tribal Court.
3. These detentions are illegal and void *ab initio.* The individuals currently sitting on the bench of the Wind River Tribal Court—specifically Kendra Hurtado and Bruce Gribens—lack the lawful authority and jurisdiction to issue warrants or order the imprisonment of any person.
4. The tribal court has operated as a lawless "black void," refusing to serve legal process on the Shoshone Business Council (SBC) while simultaneously weaponizing its bailiffs to arrest and jail tribal members who oppose the SBC.

---

## II. JURISDICTION

5. This Court has jurisdiction over this Petition pursuant to 28 U.S.C. § 2241(c)(3) (habeas corpus for persons in custody in violation of the Constitution, laws, or treaties of the United States) and 25 U.S.C. § 1302 (Indian Civil Rights Act).
6. The Indian Civil Rights Act explicitly guarantees that no Indian tribe shall "deprive any person of liberty or property without due process of law." 25 U.S.C. § 1302(a)(10).
7. **Exhaustion is Futile:** Generally, a petitioner must exhaust tribal court remedies. However, exhaustion is not required when the tribal court is acting in bad faith or when exhaustion would be futile. *See Dry Creek Lodge, Inc. v. Arapahoe and Shoshone Tribes*, 623 F.2d 682 (10th Cir. 1980).
   - Petitioner has filed multiple lawsuits in the tribal court (Sept 30 and Oct 6, 2026) detailing this exact corruption.

- The tribal court accepted the filing fees (Receipt Nos. 13857 and 13876) but intentionally refused to serve the defendants.
- Petitioner filed an Emergency Motion to Compel on October 15, 2026, which the court completely ignored.
- The court cannot be expected to rule on its own lack of jurisdiction. Exhaustion is therefore futile.

---

## III. THE UNLAWFUL CUSTODY

8. **Kendra Hurtado is Not a Licensed Attorney:** Upon information and belief, Respondent Kendra Hurtado is not licensed to practice law in any jurisdiction. She lacks the basic qualification to interpret the law or preside over criminal matters.
9. **Kendra Hurtado Was Voted Out of Office:** On October 27, 2026, the Eastern Shoshone tribal membership voted NOT to retain Kendra Hurtado (298 NO to 147 YES). Under the Eastern Shoshone Election Code, she was required to vacate her office. She is an imposter judge.
10. **Bruce Gribens is Statutorily Disqualified:** Respondent Bruce Gribens was appointed as Chief Judge. However, the Shoshone and Arapaho Law and Order Code (SALOC) Section 1-3-3(1) mandates that "All judges must be adult members of the Shoshone and Arapaho Tribes or any other tribe." Upon information and belief, Gribens is a non-Native corporate tax attorney who is not enrolled in any federally recognized tribe.
11. Because Hurtado and Gribens do not meet the statutory qualifications for the office of Judge, they are acting in the **complete absence of all jurisdiction**. Every warrant, order, and judgment they issue is void.
12. Any person currently held in the Wind River Tribal Jail, or any BIA/tribal detention facility, under an order signed by Hurtado or Gribens is being held in violation of federal law. This constitutes false imprisonment and kidnapping under color of law.

## IV. ARGUMENT

### A. Deprivation of Liberty Without Due Process

13. The continued detention of individuals under the orders of unqualified judges violates the Indian Civil Rights Act (25 U.S.C. § 1302) and the Due Process Clause. A tribunal is not a court of law if it is presided over by individuals who do not meet the statutory qualifications of the tribe.

### B. The Court is Acting in Bad Faith

14. The Wind River Tribal Court is not an independent judicial body; it is an arm of the Shoshone Business Council. It has actively ignored Petitioner's lawsuits to protect the SBC, while allowing rogue judges to jail SBC opponents. Federal intervention is urgently required to prevent further physical harm and false imprisonment.

## V. REQUEST FOR RELIEF

**WHEREFORE**, Petitioner respectfully requests that this Court:

A. **ISSUE AN EMERGENCY WRIT OF HABEAS CORPUS** commanding the Respondents to immediately produce the bodies of any and all persons currently detained by the Wind River Tribal Court.

B. **ORDER THE IMMEDIATE RELEASE** of any person currently held in custody under warrants or orders issued by Kendra Hurtado or Bruce Gribens.

C. **ISSUE A TEMPORARY RESTRAINING ORDER** immediately enjoining the Wind River Tribal Court, Kendra Hurtado, Bruce Gribens, and the BIA Police from issuing or executing any further warrants of arrest or detention until a lawful, qualified judiciary is seated.

D. **DECLARE** that Kendra Hurtado and Bruce Gribens are acting without jurisdiction, and that all orders issued by them are void *ab initio*.

E. **GRANT** such other and further relief as the Court deems just and proper.

**Respectfully Submitted,**

[signature]

**Wade W. Lebeau**
P.O. Box 1696
262 Old Wind River Highway
Fort Washakie, WY 82514
(307) 438-3678
*Pro Se Petitioner*

**Dated:** November 11, 2026

State of WY County of Laramie
The foregoing instrument was acknowledged before me
by Wade Warren LeBeau
this 13 day of NOV, 2026.
[signature], Notary Public
My Commission Expires: 12/4/2027

Oranda Davis
Notary Public
State of Wyoming
Commission ID: 160949
My commission expires: 12/4/2027

**VERIFICATION**

I, Wade W. Lebeau, hereby verify under penalty of perjury that the statements contained in this Petition for Writ of Habeas Corpus are true and correct to the best of my knowledge, information, and belief.

**Wade W. Lebeau**

**Dated:** November 11, 2026

---

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of November, 2026, a true and correct copy of the foregoing Petition for Writ of Habeas Corpus will be served upon the Respondents via certified mail and electronic mail, and hand-delivered to the U.S. Attorney's Office for the District of Wyoming upon filing.

---

**Wade W. Lebeau**

---